UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
SALON FAD, CINDY'S HAIR SALON, CHU'S :
HAIR SALON, CARASTRO & COMPANY HAIR :
DESIGN, EnV STUDIO SALON LCC, NEW :
MILLENNIUM SALONS LLC D/B/A SALON : 10-cv-5063 (DLC)
2000, SALON 1325, SASSY & CLASSY SALON :
AND SPA, THE WORKS HAIR AND NAIL :
SALON, THE VERANDA SALON AND SPA, :
INC., VICTORIA'S SALON AND SPA, WILLIAM :
DAVID SALON, :
: Notice of Motion
                   Plaintiffs, :
:
                  -against- :
:
L'ORÉAL USA, INC., CONAIR CORPORATION, :
FAROUK SYSTEMS, INC., JOHN PAUL :
MITCHELL SYSTEMS, SEXY HAIR CONCEPTS, :
LLC, THE PROCTER AND GAMBLE :
COMPANY, TIGI LINEA, LP, :
:
                 Defendants. :
:
------------------------------------------------------------- x

       Please take notice that, upon the accompanying memorandum of law and all other papers and proceedings in this action, defendant The Procter & Gamble Company ("P&G"), by its undersigned counsel, will move this Court, before the Honorable Denise L. Cote, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, on a date and at a time to be determined by the Court, for entry of an order dismissing plaintiffs' complaint

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, with prejudice, and awarding defendant P&G such other and further relief as the Court deems just and proper.

Dated: New York, New York
       August 20, 2010

                              Kramer Levin Naftalis & Frankel LLP

                              By:    /s/ Harold P. Weinberger
                                  Harold P. Weinberger
                                  Norman C. Simon
                                  Eileen Patt

                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  (212-715-9100)

                                  Attorneys for Defendant
                                  The Procter & Gamble Company

To  James T. Southwick, Esq.
     Richard W. Hess, Esq.
     Susman Godfrey L.L.P.
     1000 Louisiana Street — Suite 5100
     Houston, TX 77002
     Counsel for Plaintiff Salon FAD, *et al.*

     Frederick B. Warder III, Eq.
     Catherine A. Williams, Esq.
     Patterson Belknap Webb & Tyler LLP
     1133 Avenue of the Americas
     New York, NY 10036
     Counsel for Defendant L'Oréal USA, Inc.

     Scott David Gelin, Esq.
     Greenberg Traurig, LLP
     200 Park Avenue
     New York, NY 10166
     Counsel for Defendant Farouk Systems, Inc.

Roberta Jacobs-Meadway, Esq.
Steven R. Kramer, Esq.
Eckert Seamans Cherin & Mellon, LLC
Two Liberty Place
50 South 16th Street — 22nd Floor
Philadelphia, PA  19102
Counsel for Defendant Sexy Hair Concepts, LLC

Lewis Richard Clayton, Esq.
Susanna Michele Buergel, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019
Counsel for Defendants Conair Corporation and Tigi Linea, LP

Andres N. Madrid, Esq.
Conair Corporation
One Cummings Pt. Road
Stamford, CT  06902
Counsel for Defendant Conair Corporation

Joshua G. Graubart, Esq.
Law Offices of Joshua Gaubart
6 East 39th Street — 8th Floor
New York, NY  10016
Counsel for Defendant John Paul Mitchell Systems

Michaeline Abate Re, Esq.
John Paul Mitchell Systems
350 W Colorado Blvd. — Suite 200
Pasadena, CA  91105
Counsel for Defendant John Paul Mitchell Systems