**UNITED STATES DISTRICT COURT**

New York, NY 10166
Telephone: 212-801-9200
*Attorneys for Defendant Farouk Systems, Inc.*

*Johnson & Johnson v. Carter-Wallace, Inc.*,
  631 F.2d 186 (2d. Cir 1980) ..................................................................................................11

*Kenvin v. Newburger, Loed & Co.*,
  37 F.R.D. 473 (S.D.N.Y. 1965) ............................................................................................19

*Legrand v. City of New York*,
  No. 09 Civ. 9670 (DLC), 2010 WL 742584 (S.D.N.Y. Apr. 9, 2010) ..............................passim

*Mary Kay, Inc. v. Weber*,
  601 F. Supp. 2d 839 (N.D. Tex. 2009) .................................................................................27

*Missy Chase Lapine and The Sneaky Chef, Inc. v. Jessica Seinfeld, et al.*,
  No. 08 Civ. 128, (LTS)(RLE), 2009 WL 2902584 (Sept. 10, 2009 S.D.N.Y) .........................15

*Neil Bros. Ltd. v. World Wide Lines, Inc.*,
  425 F. Supp. 2d 325 (E.D.N.Y. 2006) ..................................................................................23

*Ortho Pharm. Corp. v. Cosprophar, Inc.*,
  32 F. 3d 690 (2d Cir. 1994) ....................................................................................................7

*Pacific Bell Telephone Co., v. linkline Comm., Inc.*,
  129 S. Ct. 1109 , No. 07-512 (Feb. 25, 2009) ........................................................................5

*PDK Labs Inc. v. Mitchell K. Friedlander*,
  103 F. 3d 1105 (2d. Cir 1997) ................................................................................................8

*Pergo, Inc. v. Alloc, Inc.*,
  262 F. Supp. 2d 122 (S.D.N.Y. 2003) ...........................................................................17, 21

*Pot Luck, L.L.C. v. Cheryl A. Freeman, et al.*,
  No. 06 Civ. 10195,(DAB), 2009 WL 693611  (March 10, 2009 S.D.N.Y.) .....................14, 15