# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM



| SUITE 5100 | SUITE 950 | SUITE 3800 | 15TH FLOOR |
| 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE | 560 LEXINGTON AVENUE |
| DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10022-6828 |
| (214) 754-1900 | (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

JAMES T. SOUTHWICK
DIRECT DIAL (713) 653-7811

E-MAIL JSOUTHWICK@SUSMANGODFREY.COM

October 17, 2011

**MEMO ENDORSED**

VIA HAND DELIVERY
The Hon. Denise Cote
U.S. District Court
for the Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

    Re: *Salon FAD, et al. v. L'Oreal USA, Inc., et al.*, No. 10-CV-5063 (DLC)

Dear Judge Cote:

I represent Plaintiffs in the above-referenced matter. Given that Plaintiffs' Rule 23(f) petition is currently pending before the Second Circuit, the Plaintiffs' request, and the Defendants consent, to a stay of the case and the pretrial conference currently scheduled for October 19, 2011. Therefore, the parties respectfully request that the Court stay the case and adjourn the pretrial conference until the Second Circuit resolves Plaintiffs' Rule 23(f) petition.

If Your Honor has any questions, we are available to discuss at the Court's pleasure.

Sincerely,

*James T. Southwick/RL*

James T. Southwick

*The October 19 conference is cancelled.*
*Granted. /s/ Denise Cote*
*October 17, 2011*

1898419v1/010760