UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/11/2012
```

SALON FAD, CINDY'S HAIR SALON, CHU'S
HAIR SALON, CARASTRO & COMPANY HAIR
DESIGN, EnV STUDIO SALON LLC, NEW
MILLENNIUM SALONS L.L.C. D/B/A SALON
2000, SALON 1325, SASSY & CLASSY SALON
AND SPA, THE WORKS HAIR AND NAIL
SALON, THE VERANDA SALON AND SPA,
INC., VICTORIA'S SALON AND SPA, WILLIAM
DAVID SALON, VIDA SPA SALON
                              Plaintiffs,

        v.

L'ORÉAL USA, INC., CONAIR CORPORATION,
FAROUK SYSTEMS, INC., JOHN PAUL
MITCHELL SYSTEMS, THE PROCTER AND
GAMBLE COMPANY, TIGI LINEA, LP
                              Defendants.

Civil Action No. 10 CV 5063(DLC)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned

counsel for all parties that this action be dismissed with prejudice and without costs to

any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties further hereby agree that any "written request from a Producing Party"

within the meaning of Paragraph 22 of the Protective Order that was ordered by the Court

on April 25, 2011 shall be made within thirty (30) days of the date this Stipulation is so-

ordered by the Court.

**SO ORDERED**:

May __11__, 2012

_____
Judge Denise Cote

Dated: May 9, 2012

Susman Godfrey L.L.P.

By: _James T. Southwick_

James T. Southwick
S.D. Admission No. JS 4264
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
jsouthwick@susmangodfrey.com

*Attorney-in-Charge for Plaintiffs*

OF COUNSEL:

Suyash Agrawal (SA-1085)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022-6828
Telephone: (212) 336-8330
Fax: (212) 336-8340
sagrawal@susmangodfrey.com

PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP

By: _____
            Lewis R. Clayton

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  (212) 373-3000
Fax:  (212) 492-0215
Email:  lclayton@paulweiss.com

*Attorneys for Defendants TIGI Linea Corp.
and Conair Corporation*

Dated:   New York, New York
             March ___, 2012

PATTERSON BELKNAP WEBB &
    TYLER LLP

By: _____
            Frederick B. Warder III

1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2000
Fax:  (212) 336-2222
Email:  fbwarder@pbwt.com

*Attorneys for Defendant L'Oréal USA, Inc.*

Dated:   New York, New York
             March ___, 2012

KRAMER LEVIN NAFTALIS &
    FRANKEL, LLP

By: _____
            Harold P. Weinberger

1177 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 715-9100
Fax:  (212) 715-8000
Email:  hweinberger@kramerlevin.com

*Attorneys for Defendant The Procter &
Gamble Company*

Dated:   New York, New York
             March ___, 2012

LAW OFFICES OF MICHAELINE A. RÉ
FURUTANI & PETERS, LLP
MULHOLLAND & KNAPP, LLP

By: _____
            Michaeline A. Ré

350 W. Colorado Blvd., Suite 200
Pasadena, California 91105
Telephone:  (626) 396-9230
Fax:  (626) 396-9430
Email:  michaeliner@earthlink.net

*Attorneys for Defendant John Paul Mitchell
Systems*

Dated:   Pasadena, California
             March ___, 2012

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
         Lewis R. Clayton

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Fax: (212) 492-0215
Email: lclayton@paulweiss.com

*Attorneys for Defendants TIGI Linea Corp.
and Conair Corporation*

Dated:   New York, New York
              March ____, 2012

PATTERSON BELKNAP WEBB &
TYLER LLP

By: _____
         Frederick B. Warder III

1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Fax: (212) 336-2222
Email: fbwarder@pbwt.com

*Attorneys for Defendant L'Oréal USA, Inc.*

Dated:   New York, New York
              March ____, 2012

KRAMER LEVIN NAFTALIS &
FRANKEL, LLP

By: _____
         Harold P. Weinberger

1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Email: hweinberger@kramerlevin.com

*Attorneys for Defendant The Procter &
Gamble Company*

Dated:   New York, New York
              March ____, 2012
              April 4, 2012

LAW OFFICES OF MICHAELINE A. RÉ
FURUTANI & PETERS, LLP
MULHOLLAND & KNAPP, LLP

By: _____
         Michaeline A. Ré

350 W. Colorado Blvd., Suite 200
Pasadena, California 91105
Telephone: (626) 396-9230
Fax: (626) 396-9430
Email: michaeliner@earthlink.net

*Attorneys for Defendant John Paul Mitchell
Systems*

Dated:   Pasadena, California
              March ____, 2012

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
      Lewis R. Clayton

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Fax: (212) 492-0215
Email: lclayton@paulweiss.com

*Attorneys for Defendants TIGI Linea Corp. and Conair Corporation*

Dated:  New York, New York
       March _____, 2012

PATTERSON BELKNAP WEBB & TYLER LLP

By: *Frederick B/N/eno*
      Frederick B. Warder III

1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Fax: (212) 336-2222
Email: fbwarder@pbwt.com

*Attorneys for Defendant L'Oréal USA, Inc.*

Dated:  New York, New York
       March _____, 2012
       *April 4, 2012*

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

By: _____
      Harold P. Weinberger

1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Email: hweinberger@kramerlevin.com

*Attorneys for Defendant The Procter & Gamble Company*

Dated:  New York, New York
       March _____, 2012

LAW OFFICES OF MICHAELINE A. RÉ FURUTANI & PETERS, LLP MULHOLLAND & KNAPP, LLP

By: _____
      Michaeline A. Ré

350 W. Colorado Blvd., Suite 200
Pasadena, California 91105
Telephone: (626) 396-9230
Fax: (626) 396-9430
Email: michaeliner@earthlink.net

*Attorneys for Defendant John Paul Mitchell Systems*

Dated:  Pasadena, California
       March _____, 2012

PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP

By: _____
        Lewis R. Clayton

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Fax: (212) 492-0215
Email: lclayton@paulweiss.com

*Attorneys for Defendants TIGI Linea Corp.*
*and Conair Corporation*

Dated:   New York, New York
         March _____, 2012

PATTERSON BELKNAP WEBB &
   TYLER LLP

By: _____
        Frederick B. Warder III

1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Fax: (212) 336-2222
Email: fbwarder@pbwt.com

*Attorneys for Defendant L'Oréal USA, Inc.*

Dated:   New York, New York
         March _____, 2012

KRAMER LEVIN NAFTALIS &
   FRANKEL, LLP

By: _____
        Harold P. Weinberger

1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Fax: (212) 715-8000
Email: hweinberger@kramerlevin.com

*Attorneys for Defendant The Procter &*
*Gamble Company*

Dated:   New York, New York
         March _____, 2012

LAW OFFICES OF MICHAELINE A. RÉ
FURUTANI & PETERS, LLP
MULHOLLAND & KNAPP, LLP

By: _____
        Michaeline A. Ré

350 W. Colorado Blvd., Suite 200
Pasadena, California 91105
Telephone: (626) 396-9230
Fax: (626) 396-9430
Email: michaeliner@earthlink.net

*Attorneys for Defendant John Paul Mitchell*
*Systems*

Dated:   Pasadena, California
         ~~March~~ *April* _9_, 2012